**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10174 |
| Plaintiff-Appellee, | D.C. No. 3:15-cr-08180-SPL-1 |
| v. | |
| AARON VINCE SILAS, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven Paul Logan, District Judge, Presiding

Submitted May 31, 2017[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Aaron Vince Silas appeals from the district court's judgment and challenges

his 84-month sentence for aggravated sexual assault, in violation of 18 U.S.C. §§

1153, 2241(a)(1), and 2246.  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Silas's counsel has filed a brief stating that there are no grounds for relief,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

along with a motion to withdraw as counsel of record. We have provided Silas the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Silas has waived his right to appeal. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.